In the Matter of CATHEDRAL PROPERTIES CORP., Appellant, v JACQUES BLINBAUM et al., Respondents.

Submitted January 22, 2008; decided March 18, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

DELPHI RESTORATION CORPORATION et al., Respondents, v SUN-SHINE RESTORATION CORPORATION, Defendant, and UTICA FIRST INSURANCE COMPANY, Appellant.

Submitted February 4, 2008; decided March 18, 2008

Motion for reargument of motion for leave to appeal denied [see 9 NY3d 1002 (2007)].

RUCHAMA GAMIEL, Respondent, v CURTIS & RIESS-CURTIS, P.C., et al., Appellants. (And a Third-Party Action.)

Submitted February 11, 2008; decided March 18, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Estate of JULIANA GUCU, Deceased. VIORIKA ANKA, Respondent; JOHN GUCU ROBERTS, Appellant.

Submitted January 22, 2008; decided March 18, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.